ROBERT R. ROGINSON, SBN 185286
robert.roginson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:    916.840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
W.G. YATES & SONS CONSTRUCTION
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO RIVERA CADENA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>W.G. YATES & SONS CONSTRUCTION COMPANY, a Mississippi corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00262-DAD-KJN<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(C) OR, IN THE ALTERNATIVE, MOTION TO STRIKE UNDER FRCP 12(F)**<br><br>Date:  April 4, 2023<br>Time:  1:30 pm<br>Courtroom :  4<br><br>Sacramento County Superior Court Case No. 34-2021-00311197<br><br>Action Filed:  11/15/2021<br>Trial Date:  None |

1

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT
ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION TO STRIKE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF JUAN PABLO RIVERA CADENA, AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on April 4, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the above-entitled Court, Defendant W.G. YATES & SONS CONSTRUCTION COMPANY ("Yates") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure, Rule 12(c), for an order dismissing the Complaint for failure to state a claim upon which relief can be granted, based on the following grounds:

1. Plaintiff's First Cause of Action for unpaid overtime wages fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly demonstrating that Plaintiff or the putative class members were not properly paid overtime wages in violation of California law.

2. Plaintiff's Second Cause of Action for unpaid minimum wages fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly demonstrating that Plaintiff or the putative class members were not properly paid minimum wages in violation of California law.

3. Plaintiff's Third Cause of Action for failure to provide meal breaks fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly demonstrating that Plaintiff or the putative class members were deprived of meal breaks in violation of California law.

4. Plaintiff's Fourth Cause of Action for failure to provide rest breaks fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly demonstrating that Plaintiff or the putative class members were deprived of rest breaks in violation of California law.

5. Plaintiff's Fifth Cause of Action for waiting time penalties fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly demonstrating that Yates willfully failed to timely pay Plaintiff or the putative class members final wages in violation of California law.

1

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT
ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION TO STRIKE
55006339.v1-OGLETREE

6. Plaintiff's Sixth Cause of Action for failure to provide accurate wage statements fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly demonstrating that his or the putative class members' wage statements were inaccurate or that Yates knowingly and intentionally failed to provide compliant statements.

7. Plaintiff's Seventh Cause of Action under California's Unfair Competition Law ("UCL") fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly alleging the predicate Labor Code violations, and because the claim fails as a matter of law.

8. Plaintiff's Eighth Cause of Action under California's Private Attorneys General Act ("PAGA") fails to state a claim because Plaintiff does not set forth specific factual allegations plausibly alleging the predicate Labor Code violations. The PAGA claim also fails because Plaintiff offers no non-conclusory facts that his work experiences were similar to that of other allegedly aggrieved employees for whom he seeks to recover civil penalties.

9. Plaintiff fails to state any claims on a class wide basis because Plaintiff does not set forth factual allegations to plausibly suggest that Plaintiff is similarly situated to the putative class Plaintiff purports to represent.

Alternatively, Yates moves this Court pursuant to Federal Rules of Civil Procedure 12(f) and 23 to strike the class allegations from the FAC on the grounds that Plaintiff's conclusory class allegations fail to plausibly allege any claim on a class basis.

Yates also moves this Court pursuant to Federal Rules of Civil Procedure 12(f) for an order striking portions of Plaintiff's FAC. Specifically, Yates moves to strike the following language from the FAC (ECF ):

1. All references to alleged violations of Labor Code section 204 and related penalties under section 210 in the FAC (ECF 1), including:
    a. "204, 210" in Paragraph 7, lines: 9-10.
    b. "204, 210" in Paragraph 80, line: 3.
    c. Paragraph 84 in its entirety.

2

      d. Prayer, Paragraph P, reference to section "210."

2. All references to alleged penalties under Labor Code section 226.3:

      a. "226.3" in Paragraph 7, line: 10.

      b. "226.3" in Paragraph 80, line: 3.

      c. Paragraph 83, lines: 17-25.

      d. Prayer, Paragraph P, reference to section "226.3."

This Motion to Strike is made on the grounds that the above language is irrelevant, immaterial, impertinent, and/or improper matter, and thus should be stricken. Plaintiff only alleges an underpayment of wages, not late paychecks, and thus he fails to state a claim under section 204 and cannot seek related penalties under section 210. Plaintiff only alleges that wage statements were inaccurate, not that they were not provided at all, and thus Plaintiff cannot seek heightened penalties under section 226.3. Accordingly, Yates requests that this language be stricken from the FAC.

This Motion is based on this Notice of Motion and Motion for Judgment on the Pleadings or Motion to Strike; the accompanying Memorandum of Points and Authorities; the Declaration of Michael J. Nader; and [Proposed] Orders; the files and records in this case; and any argument of counsel at the hearing on this matter.

DATED: February 17, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Robert R. Roginson
Michael J. Nader
Paul M. Smith

Attorneys for Defendant
W.G. YATES & SONS CONSTRUCTION COMPANY

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Sacramento in the office of a member of the bar of this court at whose direction the service was made. My business address is 500 Capitol Mall, Suite 2500, Sacramento, CA 95814. My email address is: noreen.witt@ogletree.com.

On February 17, 2023, I served the following document(s):

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(C) OR, IN THE ALTERNATIVE, MOTION TO STRIKE UNDER FRCP 12(F)**

With the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Michael Nourmand | Attorneys for Plaintiff |
| James A. De Sario | Juan Pablo Rivera Cadena |
| THE NOURMAN LAW FIRM, APC | |
| 8822 West Olympic Blvd | |
| Beverly Hills, CA 90211 | |
| Telephone: 310-553-3600 | |
| Facsimile: 310-553-3603 | |
| Emails: mnourmand@nourmandlawfirm.com | |
| jdesario@nourmandlawfirm.com | |

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 17, 2023, at Sacramento, California.

_Noreen F. Witt_
NOREEN F. WITT